IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF JAMES WILKINS, SR.,<br>GWENDOLYN FISH, EXECUTRIX,<br><br>        Plaintiff<br><br>    v.<br><br>JAMESON MEMORIAL HOSPITAL;<br>CLEMENTE AMBULANCE; BOARDMAN<br>SPECIALTY CARE AND<br>REHABILITATION CENTER (formerly<br>known as) BOARDMAN COMMUNITY<br>CARE CENTER; ST. ELIZABETH<br>HOSPITAL; and THE UNITED STATES<br>OF AMERICA;<br><br>        Defendants | Civil Action No. 05-382<br>Judge Gary L. Lancaster/<br>Magistrate Judge Sensenich<br>Re: Doc. No. 33 |

## MEMORANDUM ORDER

On March 23, 2005, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 71.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation filed on November 29, 2005, recommended that the Motion for Remand filed by Plaintiff be denied. The parties were allowed (10) days from the date of service to file objections. Service was made on all parties. No objections have been filed to the Report and Recommendation. After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this __16th__ day of __Dec__, 2005;

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand is denied.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Sensenich, dated November 29, 2005, is adopted as the opinion of the court.

GARY L. LANCASTER
United States District Judge

cc:   The Honorable Ila Jeanne Sensenich
      United States Magistrate Judge

      Charles F. Bennett, Esq.
      Apple and Apple, P.C.
      4650 Baum Boulevard
      Pittsburgh, PA  15213

      John C. Conti, Esq.
      Lisa D. Dauer, Esq.
      Bridget Langer Smith, Esq.
      Dickie, McCamey & Chilcote
      Two PPG Place, Suite 400
      Pittsburgh, PA  15222-5402

      Paul D. Kovac, Esq.
      United States Attorney's Office
      U.S. Post Office & Courthouse, Suite 400
      700 Grant Street
      Pittsburgh, PA  15219

      Robert J. Marino, Esq.
      Colin W. Murray, Esq.
      Dickie, McCamey & Chilcote
      Two PPG Place, Suite 400
      Pittsburgh, PA  15222-5402