IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES WILKINS, SR., GWENDOLYN FISH, EXECUTRIX, <br><br> Plaintiff, <br><br> v. <br><br> JAMESON MEMORIAL HOSPITAL, CLEMENTE AMBULANCE, ST. ELIZABETH HOSPITAL, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 05-0382 <br><br> Judge Gary L. Lancaster <br> Magistrate Judge <br> Ila J. Sensenich <br><br> ELECTRONICALLY FILED |

**ORDER**

AND NOW, this 22nd day of May, 2006, upon consideration of the United States of America's Motion to Dismiss and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that said Motion is **GRANTED**, and Plaintiff's claims against the United States are hereby **DISMISSED**, without prejudice, on the ground that Plaintiff has failed to exhaust her administrative remedies.

_____ J.

cc: All counsel of record