IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ESTATE OF JAMES WILKINS, SR., )
GWENDOLYN FISH, EXECUTRIX,    )
                              )
          Plaintiff           )
                              )   Civil Action No. 05-382
     v.                       )   Judge Gary L. Lancaster/
                              )   Magistrate Judge Sensenich
JAMESON MEMORIAL HOSPITAL;    )
CLEMENTE AMBULANCE; and       )
ST. ELIZABETH HOSPITAL;       )
          Defendants          )

## MEMORANDUM ORDER

On March 23, 2005, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 71.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on July 21, 2006, recommended that this action be remanded to the Court of Common Pleas of Lawrence County, Pennsylvania, pursuant to 28 U.S.C. § 1367(c). The parties were allowed ten (10) days from the date of service to file objections. Service was made on all parties. Objections to the report and recommendation were filed by Plaintiff on August 7, 2006. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 26th day of Aug, 2006;

IT IS HEREBY ORDERED that this action is remanded to the Court of Common Pleas of Lawrence County, Pennsylvania, pursuant to 28 U.S.C. § 1367(c).

The report and recommendation of Magistrate Judge Sensenich, dated July 21, 2006, is adopted as the opinion of the court.

_____
Gary L. Lancaster
United States District Judge

Notice sent electronically to all parties of record.